GUS ANGELOS et al., Copartners under the Name of THE WORLD CAFETERIA, Respondents, *v.* WILLIAM MESEVICH, Individually and as President of the Cafeteria Employees Union, Local 302, et al., Appellants.

ELIAS TSAKIRES et al., Copartners under the Name of THE COSMO CAFETERIA, Respondents, *v.* WILLIAM MESEVICH, Individually and as President of Cafeteria Employees Union, Local 302, et al., Appellants.

Reargued April 10, 1944; decided May 18, 1944.

*Louis B. Boudin* for appellants.
*David L. Delman* for respondents.

Upon reargument: Judgment reversed and complaint dismissed, with costs in this court. No opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, LEWIS, CONWAY, DESMOND and THACHER, JJ. Taking no part: RIPPEY, J.